

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00463-CV

**JBS CARRIERS, INC.** and James Lundry,
Appellants

v.

Trinette L. **WASHINGTON**, Sophia Renee Lenzy, Thomas Charles Lenzy, Individually, and as
Representatives of The State of Mary L. Turner, deceased,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13011
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

    Letitia Moncivais extension of time to file the court reporter's record is this date NOTED. Time is extended to September 24, 2015.

**PER CURIAM**

ATTESTED TO: _____
    KEITH E. HOTTLE
    CLERK OF COURT

cc: William David George
Baker * Wotring LLP
700 JPMorgan Chase Tower
Houston, TX 77002-2910

Daniel Pozza
Law Offices Of Dan Pozza
239 E Commerce St
San Antonio, TX 78205-2923